# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:22-mj-00123-EPG |
|---|---|
| Plaintiff, | ) ORDER THAT CASH BOND BE TRANSFERRED TO THE SOUTHERN DISTRICT OF CALIFORNIA |
| v. | |
| DEMETRIUS VANCE WARSINGER, | |
| Defendant. | |

On August 5, 2022, defendant Demetrius Vance Warsinger was released on conditions, including a $2,000.00 cash bond and was ordered to report to the United States District Court, Southern District of California, for further proceedings. On August 8, 2022, a cash bond in the amount of $2,000.00 was posted as to defendant Demetrius Vance Warsinger (Doc. 5), and this Court transferred relevant documents to the Southern District of California. (Doc. 8.)

Given that Mr. Warsinger's case is now pending before the Southern District of California, the Court ORDERS the Clerk of Court to transfer the $2,000.00 cash bond to the Southern District of California.

IT IS SO ORDERED.

Dated: __August 9, 2022__                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE